McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY BENSON AND
ROSELLE CIPRIANO,

    Defendants

CASE NO. 2:19-MJ-0024-KJN

[PROPOSED] ORDER SEALING DOCUMENTS
AS SET FORTH IN GOVERNMENT'S NOTICE

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's Request to Seal and File Redacted Complaint pertaining to defendants Henry Benson and Roselle Cipriano is granted. The Complaint and Request to Seal shall be SEALED until further order of this Court, and the government shall file a redacted version of the Complaint.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendants.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the Complaint and affidavit serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

government would be harmed. In light of the public filing of its notice of request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: 2/14/2019

_____
THE HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE